IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO.: 5:21-cv-243

| | | |
|---|---|---|
| KELSEA ANDERSON, | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | JOINT STIPULATION OF |
| | ) | DISMISSAL WITH |
| | ) | PREJUDICE & ORDER |
| CIRCLE K STORES INC., UNITED | ) | |
| PARCEL SERVICE GENERAL | ) | |
| SERVICES CO., WENDY HUNTER, | ) | |
| HD CONSULTING SERVICES | ) | |
| GROUP, INC.; HDGROUP, INC.; and | ) | |
| EMILY HUNTER MCGOWIN, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between all remaining parties (Plaintiff Kelsea Anderson, Defendant Circle K Stores Inc., and United Parcel Service General Services Co.) as follows:

1. All claims and counterclaims between the remaining parties should be and hereby are dismissed *with prejudice.*

2. Each party will bear its own costs and expenses, including attorneys' fees.

Respectfully submitted this the 24th day of March, 2022.

LAW OFFICE OF D. HARDISON WOOD

BANKS LAW FIRM

/s/ D. Hardison Wood
D. Hardison Wood (NC Bar ID: 34909)
1400 Crescent Green Dr., Suite 140
Cary, NC 27518
Voice: 919-233-0520
Fax: 919-233-0521
dhw@hardisonwood.com
*Attorney for Plaintiff*

/s/ Jesse H. Rigsby
Jesse H. Rigsby, IV (NC Bar ID: 35538)
P.O. Box 14350
Research Triangle Park, NC 27709
Telephone: (919) 474-9137
Fax: (919) 474-9537
jrigsby@bankslawfirm.com
*Attorney for Plaintiff*

/s/ Shannon S. Frankel
Shannon S. Frankel
Young Moore & Henderson, P.A.
Post Office Box 31627
Raleigh, NC 27622
*Attorney for United Parcel Service, Inc.
& Circle K Stores, Inc.*
shannon.frankel@youngmoorelaw.com

**SO ORDERED. This the 29 day of March, 2022**

_____
James C. Dever III
**United States District Judge**